IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEEM UDDIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-104 |
| | § | |
| HSBC BANK USA, N.A., | § | |
| FEDERAL NATIONAL MORTGAGE | § | |
| ASSOCIATION, | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of today's date, the defendants' motion to dismiss is granted with prejudice.

This is a final judgment.

SIGNED on April 21, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge